Etim U. AKA, Appellant,

v.

**WASHINGTON HOSPITAL CENTER, Appellee.**

No. 96–7089.

United States Court of Appeals, District of Columbia Circuit.

Sept. 5, 1997.

Before EDWARDS, Chief Judge; WALD, SILBERMAN, WILLIAMS, GINSBURG, SENTELLE, HENDERSON, RANDOLPH, ROGERS, TATEL and GARLAND, Circuit Judges.

*ORDER*

PER CURIAM.

Prior report: 116 F.3d 876.

Upon consideration of appellee's Suggestion For Rehearing *In Banc*, the responses thereto, and the vote by a majority of the judges of the court in regular, active service in favor of the suggestion, it is

ORDERED that the suggestion be granted. This case will be reheard by the court sitting *in banc*. The judgment filed herein on June 20, 1997 is vacated.

An order governing further proceedings will issue at a later date.